UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20206-CR-UNGARO-BENAGES(s)
18 U.S.C. § 1952(a)(3)(A)

UNITED STATES OF AMERICA

vs.

OSWALDO CASTILLO,
a/k/a "Waldy,"

Defendant.
_____/

## SUPERSEDING INFORMATION

The United States Attorney charges that:

Beginning on or about July 15, 2001, and continuing through on or about July 16, 2001, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

OSWALDO CASTILLO,
a/k/a "Waldy,"

knowingly traveled in interstate commerce between Rhode Island and Florida, with intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, possession of cocaine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management,

establishment, and carrying on of said unlawful activity; in violation of Title 18, United States Code, Section 1952(a)(3)(A).

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
CAMERON ELLIOT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. <u>02-20206-Cr-UNGARO-BENAGES(S)</u>

vs.
**OSWALDO CASTILLO,**
a/k/a "Waldy,"
       **Defendant.**
_____/

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| X | Miami | ___ Key West |
| ___ | FTL | ___ WPB ___ FTP |

New Defendant(s)   Yes ___  No ___
Number of New Defendants   <u>0</u>
Total number of counts   <u>1</u>

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   <u>NO</u>
   List language and/or dialect  _____

4. This case will take <u>3</u> days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)              (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | | |
   | II | 6 to 10 days | | Minor | | |
   | III | 11 to 20 days | | Misdem. | | |
   | IV | 21 to 60 days | | Felony | X | |
   | V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   <u>YES</u>
   If yes:
   Judge: <u>UNGARO-BENAGES</u>   Case No. <u>02-20206-Cr-Ungaro-Benages</u>
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) <u>NO</u>
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) <u>NO</u>

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes  <u>X</u> No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  <u>X</u> No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Did this case originate in the Narcotics Section, Miami? ___ Yes  <u>X</u> No

                    _____
                    CAMERON ELLIOT
                    ASSISTANT UNITED STATES ATTORNEY
                    Florida Bar No. A5500606

\*Penalty Sheet(s) attached                                   REV.7/11/03

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: OSWALDO CASTILLO   No.: _____
a/k/a "Waldy"

Count #: 1

Title 18, United States Code, Section 1952(a)(3)(A)

INTERSTATE TRAVEL IN AID OF RACKETEERING ENTERPRISES

*Max. Penalty: 5 Years' Imprisonment
Count #:

*Max Penalty: Years' Imprisonment
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96